UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 1:15-cv-21798-MGC

HECTOR CABRERA CARDENAS and all
others similarly situated under 29 U.S.C.
216(b),

       Plaintiff,

vs.

SAFEGUARD SERVICES, INC.,
KERRY ANN CONNOR,
KEVIN T. CONNOR

       Defendants.

_____/

## DEFENDANTS' ANSWER AND AFFIRMATIVE DEFENSES

Defendants, SAFEGUARD SERVICES, INC., KERRY ANN CONNOR, and KEVIN T.

CONNOR, file this Answer and Defenses to Plaintiff's Complaint. In response to the numbered

paragraphs of the Complaint, Defendants state as follows:

1.      Paragraph 1 characterizes this action and no response is required. To the extent a

response is required, Defendants deny the allegations.

2.      Defendants are without knowledge and therefore deny the allegation.

3.      Admitted.

4.      Defendants admit that Defendant Kerry Ann Connor is a corporate officer and

owner. Otherwise denied.

5.      Defendants admit that Defendant Kevin T. Connor is a corporate officer and

owner. Otherwise denied.

6.      Denied.

## RESPONSE TO COUNT I

7.      Paragraph 7 characterizes this action and no response is required.  To the extent a response is required, Defendants deny the allegations.

8.      Paragraph 8 characterizes this action and no response is required.  To the extent a response is required, Defendants deny the allegations.

9.      Paragraph 9 is a statement of law to which no response is required.

10.     Paragraph 10 is a statement of law to which no response is required.

11.     Denied, as Plaintiff's actual job description and dates of employment are not as alleged.

12.     Denied.

13.     Denied.

14.     Admitted.

15.     Admitted.

16.     Admitted.

17.     Denied.

18.     Denied.

In response to the unnumbered clause following paragraph 18, Defendants deny that Plaintiff is entitled to any relief, requests that the action be dismissed with prejudice, and that Defendants be awarded their reasonable attorney's fees and costs in defense of this action under 28 U.S.C. § 1927.

Defendants further deny all allegations of the Complaint not expressly admitted above.

## **<u>AFFIRMATIVE DEFENSES</u>**

Without admitting liability or the burden of proof as to Plaintiff's allegations, Defendants state its affirmative defenses as follows:

1.      Plaintiff's claims for liquidated damages are barred because Defendants acted in good faith regarding the requirements of the FLSA.  29 U.S.C. § 260.

2.      Defendants are not subject to liability under the FLSA for any alleged failure to pay overtime compensation for either "preliminary or postliminary activities" or for "walking, riding, or traveling to and from the actual place of performance of the principal activity or activities which such employee is employed to perform," in accordance with the Portal-to-Portal Act, 29 U.S.C. § 254.

3.      All or part of the time which Plaintiff seeks compensation does not constitute compensable working time, including all meal periods in accordance with 29 C.F.R. § 785.19.

4.      Any insubstantial or insignificant periods of recorded working time beyond the scheduled working hours of Plaintiff, which as a practical administrative matter cannot be recorded precisely for payroll purposes, are *de minimis* and may be properly disregarded for payroll purposes, in accordance with 29 C.F.R. § 785.47.

5.      Defendants reserve the right to raise any additional affirmative defenses as discovery may reveal.

Respectfully submitted,


By: **/s/ Richard D. Tuschman, Esq.**
    Richard D. Tuschman, Esq.
    Florida Bar No. 907480
    E-mail: richard.tuschman@akerman.com
    Secondary E-mail: vanessa.berman@akermancom
    AKERMAN LLP
    SunTrust International Center
    One S.E. Third Avenue – 25th Floor
    Miami, Florida  33131-1704
    Telephone: (305) 374-5600
    Facsimile: (305) 374-5095

    *Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served by CM/ECF on

June 3, 2015, on all counsel or parties of record on the Service List below.


    */s/ Richard D. Tuschman*
    Richard D. Tuschman (FBN: 907480)

{32274197;1}

## <u>SERVICE LIST</u>

Elizabeth Olivia Hueber
J.H. Zidell, P.A.
300-71st Street, Suite 605
Miami Beach, FL 33141
3058656766
Fax: 3058657167
Email: elizabeth.hueber.esq@gmail.com


Steven C. Fraser
J.H. Zidell, P.A.
300 71st Street, Suite 605
Miami Beach, FL 33141
305.865.6766
Email: steven.fraser.esq@gmail.com


Jamie H. Zidell
J.H. Zidell, P.A.
300 71st Street, Suite 605
Miami Beach, FL 33141
305-865-6766
Fax: 865-7167
Email: zabogado@aol.com


*Counsel for Plaintiff*