UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:15-CV-21798-COOKE/TORRES

HECTOR CABRERA CARDENAS and all )
others similarly situated under 29 U.S.C. )
216(b), )
                    Plaintiff, )
vs. )
SAFEGUARD SERVICES, INC., )
KERRY ANN CONNOR, )
KEVIN T CONNOR, )
                    Defendants. )

## PLAINTIFF'S STATEMENT OF CLAIM

Comes Now Plaintiff, by and through undersigned counsel, pursuant to Court Order entered on May 26, 2015 [D.E. 8], and hereby files Plaintiff's statement of claim regarding his claim for Federal Overtime Wages, and in support thereof, states as follows:

1. Period of Total Claim: November 28, 2011 – June 16, 2015 (present date)[1]

2. Weeks: 185 (rounded down)

3. Average Hours worked over 40 per week for travel: 10

4. Hourly wage paid for hours worked over 40 per week for travel: $0.00/hr.

5. Applicable Hourly Wage Rate:: $10.00/hr.

6. Applicable time-and-a-half overtime wage rate: $15.00/hr.

7. Amount owed: $15.00/hr x 10 hrs/week x 185 weeks = $27,750.00.

8. Total overtime wages claimed: $27,750.00 x 2 for liquidated damages = $55,500.00, plus reasonable attorneys fees and costs.

---

[1] Plaintiff notes that, as reflected in his Initial Complaint filed on May 12, 2015 [D.E. 1], Plaintiff's employment conditions with Defendants are present and ongoing and, consequently, Plaintiff will properly amend and update this Statement of Claim as needed on an ongoing basis.

Respectfully Submitted,

J.H. Zidell, P.A.
300 71st Street, Suite 605
Miami Beach, Florida 33141
Tel: (305) 865-6766
 Fax: (305) 865-7167
*Attorneys for Plaintiffs*

By:  /s/ Julia M. Garrett
Julia M. Garrett, Esq.
jgarrett.jhzidellpa@gmail.com
Florida Bar Number: 0105151

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was delivered via CM/ECF to all counsel or parties of record in the Service List below on June 16, 2015.

> J.H. Zidell, P.A.
> 300 71st Street, Suite 605
> Miami Beach, Florida 33141
> Tel: (305) 865-6766
> Fax: (305) 865-7167
> *Attorneys for Plaintiffs*
>
> By: /s/ Julia M. Garrett
> Julia M. Garrett, Esq.
> jgarrett.jhzidellpa@gmail.com
> Florida Bar Number: 0105151

## SERVICE LIST

Richard David Tuschman, Esq.
Akerman Senterfitt
One Southeast Third Avenue
25th Floor
Miami, FL 33131
305-374-5600
Fax: 305 374-5095
Email: richard.tuschman@akerman.com
*Attorney for Defendants*