UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:15-CV-21798-COOKE/TORRES

HECTOR CABRERA CARDENAS and all )
others similarly situated under 29 U.S.C. )
216(b), )
                Plaintiff, )
vs. )
SAFEGUARD SERVICES, INC., )
KERRY ANN CONNOR, )
KEVIN T CONNOR, )
                Defendants. )

**ELECTION TO JURISDICTION BY A UNITED STATES
MAGISTRATE JUDGE FOR FINAL DISPOSITION OF MOTIONS**

In accordance with the provisions of 28 U.S.C. § 636(c), the undersigned parties to the above-captioned civil matter hereby jointly and voluntarily elect to have a United States Magistrate Judge decide the following motions and issue a final order or judgment with respect thereto:

    1.    Motions for Costs              Yes __X__    No _____

    2.    Motions for Attorney's Fees    Yes __X__    No _____

    3.    Motions for Sanctions       Yes __X__    No _____

7/29/2015                /s/ Julia M. Garrett_____
(Date)                   (Signature-Plaintiff's Counsel)

7/29/2015                /s/ Richard Tuschman_____
(Date)                   (Signature-Defendants' Counsel)

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was delivered via CM/ECF to all counsel or parties of record in the Service List below on July 29, 2015.

>J.H. Zidell, P.A.
>300 71st Street, Suite 605
>Miami Beach, Florida 33141
>Tel: (305) 865-6766
>Fax: (305) 865-7167
>*Attorneys for Plaintiffs*
>
>By: /s/ Julia M. Garrett
>Julia M. Garrett, Esq.
>jgarrett.jhzidellpa@gmail.com
>Florida Bar Number: 0105151

## SERVICE LIST

Richard David Tuschman, Esq.
Goodz & Tuschman, PLLC
8551 W. Sunrise Blvd.
Suite 303
Plantation, FL 33322
Phone: 754.551.5630
Fax: 954.380.8938
Email: rtuschman@gtemploymentlawyers.com
*Attorney for Defendants*